**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT MERLE PIERCE,<br><br>　　　　Defendant. | Case No. 2:19-cr-243-JAD-NJK<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 8, 2020 at 3:00 p.m., be vacated and continued to 11/17/2020 at 10:00 AM in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　　DATED this 3rd day of September, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3