# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-243-JAD-NJK |
| Plaintiff, | **Preliminary Order of Forfeiture** |
| v. | |
| ROBERT MERLE PIERCE, | |
| Defendant. | |

This Court finds Robert Merle Pierce pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with misappropriation of postal funds in violation of 18 U.S.C. § 1711 and in Count Two with theft of government money in violation of 18 U.S.C. § 641. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. __; Memorandum in Support of Plea, ECF No. __.

The in personam criminal forfeiture money judgment is any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 641, a specified unlawful activity as defined in 18 U.S.C. § 1956(c)(7)(D), or a conspiracy to commit such offense and is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c).

This Court finds that Robert Merle Pierce shall pay an in personam criminal forfeiture money judgment of $17,218 to the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently

located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Robert Merle Pierce an in personam criminal forfeiture money judgment of $17,218.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

Dated: July 19, 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE