```
____FILED          ____RECEIVED
____ENTERED        ____SERVED ON
          COUNSEL/PARTIES OF RECORD

         OCT 18 2021

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:19-CR-243-JAD-NJK |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| ROBERT MERLE PIERCE, | |
| Defendant. | |

This Court found that Robert Merle Pierce shall pay the in personam criminal forfeiture money judgment of $17,218 pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). Criminal Indictment, ECF No. 1; Memorandum in Support of Plea, ECF No. 53; Change of Plea, ECF No. 54; Preliminary Order of Forfeiture, ECF No. 55.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $17,218 complies with *Honeycutt v. United States*, 137 S. Ct. 1626 (2017).

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Robert Merle Pierce the in personam criminal forfeiture money judgment of $17,218 pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

1   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
2 copies of this Order to all counsel of record and three certified copies to the United States
3 Attorney's Office, Attention Asset Forfeiture Unit.
4   DATED  Oct. 18           , 2021.

_____
JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE